

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-14-00129-CV**


GEORGE E. ("TRAE") FOWLER, III,                    APPELLANTS
TF MANAGEMENT CO., LLC,
GENERAL PARTNER OF NTX
LAND DEVELOPMENT, LP, AND
NTX LAND DEVELOPMENT, LP.


V.


NORTH TEXAS LAND                                    APPELLEES
DEVELOPMENT, A JOINT
VENTURE, AND HENRY RAHMANI,
INDIVIDUALLY


\------------

FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY

\------------

## MEMORANDUM OPINION[1] AND JUDGMENT

\------------

We have considered "Appellants' Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  June 12, 2014